UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

MENION SAMUELS,
Institutional ID No. 02604469

Plaintiff,

v. No. 1:26-CV-00065-H

RICK BISHOP, *et al.*,

Defendants.

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No party objected, and the time to do so has passed. The District Court made an independent examination of the record and reviewed the Magistrate Judge's report for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate.

The Court therefore orders that Plaintiff's complaint and all claims alleged within it are dismissed with prejudice for failure to state a claim under 28 U.S.C. §§ 1915, 1915A. The Court denies all relief not expressly granted and any pending motions.

This dismissal will count as a qualifying dismissal, or "strike," under 28 U.S.C. § 1915 and *Adepegba v. Hammons*, 103 F.3d 383, 385 (5th Cir. 1996). *See Lomax v. Ortiz-Marquez*, 590 U.S.___, 140 S. Ct. 1721 (2020). Plaintiff is cautioned that if he accumulates three strikes, he may not proceed *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is in imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Plaintiff is advised that if he appeals this order, he will be required to pay the appeal fee of $605.00 pursuant to the PLRA, and he must submit an application to proceed *in forma pauperis* and a 6-month certificate of inmate trust account at the same time he files his notice of appeal.

The Court will enter judgment accordingly.

So ordered.

Dated August 14, 2026.

JAMES WESLEY HENDRIX
United States District Judge